DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARTIN RODRIGUEZ-SANDOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>v.<br>MARTIN RODRIGUEZ-SANDOVAL,<br>*Defendant.* | NO. 1:10-cr-0006 AWI<br><br>STIPULATION TO ADVANCE STATUS CONFERENCE HEARING; ORDER<br><br>Date: February 22, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Susan Phan, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Martin Rodriguez-Sandoval, that the hearing currently set for February 28, 2011 at 9:00 a.m., **may be advanced and rescheduled to February 22, 2011 at 9:00 a.m.**

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea on February 22, 2011.

///

///

///

///

///

BENJAMIN B. WAGNER
United States Attorney

Dated: February 16, 2011

/s/ Susan Phan
SUSAN PHAN
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

Dated: February 16, 2011

/s/ Peggy Sasso
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
MARTIN RODRIGUEZ-SANDOVAL

**ORDER**

IT IS SO ORDERED.

Dated: February 16, 2011

CHIEF UNITED STATES DISTRICT JUDGE